UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

RAFAEL PRESINAL, *individually and on behalf of others similarly situated*,

Case No.1:22-cv-02246 (KPF)

*Plaintiff,*

-against-

**STIPULATION TO ACCEPT SERVICE OF COMPLAINT AND EXTEND TIME TO RESPOND**

2690 GROCERY CORP. (D/B/A FIRE HOUSE DELI), JUAN CARLOS REYES, and LIOMARD MESA,

*Defendants.*
-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and among the parties hereto, through their undersigned counsel, that the Law Offices of Martin E. Restituyo, P.C. accepts service of the summons and complaint in this action and waives any defects of service on behalf of defendants 2690 Grocery Corp. (d/b/a Fire House Deli), Juan Carlos Reyes, and Liomard Mesa.

IT IS FURTHER STIPULATED AND AGREED that defendants 2690 Grocery Corp. (d/b/a Fire House Deli), Juan Carlos Reyes, and Liomard Mesa shall have until May 13, 2022, to answer or otherwise move with respect to the amended complaint.

Dated: April 15, 2022

_____/s/Jarret Bodo_____          _____
Catalina Sojo, Esq.                                                  Martin E. Restituyo, Esq.
Jarret Bodo, Esq.                                                    Law Offices of Martin E. Restituyo, P.C.
CSM Legal, P.C.                                                      1325 Avenue of the Americas, 28th Floor
60 East 42nd Street, Suite 4510                          New York, New York 10019
New York, New York 10165                                restituyo@restituyolaw.com
catalina@csm-legal.com

*Attorney for Plaintiff*                                          *Attorney for Defendants*